UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X

|  |  |
|---|---|
| EVGENY VICTOROVICH SHESTAKOV *formerly known as* EUGENE TSEVILSKY, | : |
| | : |
| | : |
| Plaintiff, | : |
| | : |
| -against- | : |
| | : |
| GOTHAM ORGANIZATION INC., *et al.*, | : |
| | : |
| Defendants. | : |

-------------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/16/2026

1:26-cv-4306-GHW

<u>ORDER</u>

GREGORY H. WOODS, District Judge:

Because this case has been referred to the assigned Magistrate Judge for general pretrial

management and motions requiring a report and recommendation, the initial pretrial conference

scheduled for September 22, 2026 is adjourned *sine die*.  The Clerk of Court is directed to mail a copy

of this order to Plaintiff.

SO ORDERED.

Dated:  June 16, 2026
New York, New York

_____
GREGORY H. WOODS
United States District Judge