The Court is in receipt of Defendants' request. Plaintiff did not respond to Defendants' email or file an objection on the docket. The request is **GRANTED**. The conference is adjourned to **September 2, 2026 at 2:00 PM** in Courtroom 228 in the Thurgood Marshall Courthouse.
SO ORDERED.

*Jennifer E. Willis*

JENNIFER E. WILLIS
UNITED STATES MAGISTRATE JUDGE
August 3, 2026

KUCKER
MARINO
WINIARSKY
& BITTENS, LLP

July 29, 2026

Hon. Magistrate Judge Jennifer E. Willis
United States District Court
Southern District of New York
40 Foley Square, Courtroom 228
New York, New York 10007

Re: *Evgeny Victorovich Shestakov, et al v Gotham Organization Inc., et al*
Case No.: 26-CV-4306

Dear Judge Willis,

This office represents Defendants in the above-entitled action.

I write to request an adjournment of the pre-motion conference currently scheduled for August 5, 2026, at 10:30 a.m. The basis for the request is that I am returning to New York from a vacation by an overnight flight that lands at JFK at 5:00 a.m. on August 5. My concern is that if the flight is delayed for even a short period of time I may not be able to make the conference. I am available for an adjourned conference on August 7, 10, 11 (a.m. only), 14, 17 and 18, 2026.

This is Defendants' first request for an adjournment. I emailed Plaintiff yesterday requesting his consent to our application. He has not responded as of the time of this filing.

Thank you for your time and consideration.

Respecfully,

*/s/John J. Malley, Esq*.