**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X

EVGENY VICTOROVICH SHESTAKOV *formerly known as* EUGENE TSEVILSKY,

Plaintiff,

-against-

GOTHAM ORGANIZATION INC., *et al.,*

Defendants.

-------------------------------------------------------------X

**ORDER**

**26-CV-4306 (GHW) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

A pre-motion conference was held on September 2, 2026 to discuss Defendants' request for a pre-motion conference in anticipation of filing a motion to dismiss at Dkt. No. 20. For the reasons more fully stated on the record, the Court finds that Defendants' request for this conference was timely and complied with the ruling by Judge Woods. Dkt. No. 19. Defendants promptly complied with Judge Woods' directive to re-file their motion before this Court by renewing their motion the very next business day.

In addition, during this conference, Plaintiff requested leave to amend his Complaint. Defendant then agreed that allowing amendment was a more practical and economical solution than continuing with the current Complaint and the potential motion to dismiss. Therefore, Plaintiff's request to amend his Complaint is **GRANTED.** Plaintiff must file his Amended Complaint by **October 5, 2026.**

As the Court emphasized during the conference, Plaintiff now has the benefit of judicial review of his initial Complaint. He has also received a prequel both orally and in writing of Defendants' potential motion to dismiss under FRCP 12(b)(6). Dkt.

No. 20. Plaintiff now has an opportunity to address the inadequacies present in his initial Complaint. Plaintiff is warned that if he fails to address these inadequacies, the Court will not be as inclined to grant leave to amend again.

At the end of the conference, Plaintiff was made aware of the Federal Pro Se Legal Assistance Project, which can provide limited-scope services to pro se litigants. Plaintiff was provided with the contact information for the clinic and was escorted to the office following the conference, so that he could avail himself of their assistance if he wished to do so.

Defendants are directed to order a copy of the transcript of this conference and provide a copy to the Court and to the Plaintiff.

SO ORDERED.

DATED: New York, New York
September 3, 2026

Jennifer E. Willis

JENNIFER E. WILLIS
United States Magistrate Judge