The Court is in receipt of Defendants' Motion to Dismiss the Amended Complaint. The Court orders the following briefing schedule:

Plaintiff may file his brief in opposition by **November 20, 2026**. Defendants may then file their reply brief within ten (10) days of receiving Plaintiff's opposition.

Plaintiff is reminded that because he files documents through the *pro se* office and by mail, there is often a lag between when he submits material and when the Court and Defendants actually receive it.

**SO ORDERED.**

Jennifer E. Willis
JENNIFER E. WILLIS
United States Magistrate Judge
October 27, 2026

UNITED STATES DISTRICT COUR
SOUTHERN DISTRICT OF NEW YO
---------------------------------------------
EVGENY VICTOROVICH SHESTA
a/k/a EVGENY V. SHESTAKOV, f/
EUGENE TSEVILSKY

Plaint

-against-

GOTHAM ORGANZATION INC.,
GOTHAM REAL ESTATE MANAG
LLC, 44TH STREET DEVELOPME
LLC, GOTHAM WEST AFFORDA
LLC,

Defenda
---------------------------------------------

**PLEASE TAKE NOTICE** that, upon the Amended Complaint and its exhibits, the accompanying Memorandum of Law, and all prior pleadings and proceedings in this action, Defendants Gotham Organization Inc., Gotham Real Estate Managers LLC, 44th Street Development LLC, and Gotham West Affordable LLC will move before the Honorable Magistrate Judge Jennifer E. Willis, at the United States Courthouse located at 40 Foley Square, Courtroom 228, New York, New York 10007 for an Order dismissing Plaintiff's Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), and/or 28 U.S.C. § 1367(c)(3) and for such other and further relief as the Court deems just and proper.

Dated: New York, New York
October 26, 2026

Respectfully submitted,

KUCKER MARINO WINIARSKY &
BITTENS LLP
Attorneys for Defendants

By: /s/ John . Malley, Esq.
John Malley, Esq.
747 Third Ave.
New York, NY 10017
(212) 869-5030
jmalley@kuckermarino.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EVGENY VICTOROVICH SHESTAKOV, a/k/a EVGENY V. SHESTAKOV, f/k/a EUGENE TSEVILSKY

Plaintiff,

-against-

GOTHAM ORGANZATION INC., GOTHAM REAL ESTATE MANAGERS, LLC, 44TH STREET DEVELOPMENT LLC, GOTHAM WEST AFFORDABLE LLC,

Defendants.

**Case No. 1:26-cv-04306 (GHW) (JW)**

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )

COUNTY OF NEW YORK )

Jose Lemos, duly sworn deposes and says:

1. I am not a party to the action, am over 18 years of age and reside in Queens County, City and State of New York.

On October 26, 2026, I served a true copy of the **NOTICE OF MOTION TO DISMISS & DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION TO DISMISS & copies of cases cited in the memorandum of law that are unpublished or reported exclusively on computerized databases** in this proceeding and caused the same to be delivered via Federal Express Overnight Mail to the address of the addressees indicated below, which has been designated for service by the addressee(s) or, if no such address has been designated, is the last known address of the addressee(s):

Evgeny Victorovich Shestakov
550 West 45th Street, Unit 1204
New York, New York 10036

Sworn to before me this
26th day of October 2026

NOTARY PUBLIC

LIPING ZHANG
Notary Public, State of New York
Reg. No. 01ZH0043376
Qualified in Kings County
Commission Expires 10/29/2029

JOSE LEMOS